IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                   )       2:12cr221-MHT
                             )         (WO)
HALEY DALLAS HAMRAC      )

ORDER

Upon consideration of the probation officer's petition for early termination of defendant Haley Dallas Hamrac's supervised release (doc. no. 838), and the included memorandum describing the defendant's compliance with the terms of supervised release, her ongoing employment, her graduation from high school, and her completion of her therapeutic goals, and based on the government's representation to the court that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Haley Dallas Hamrac's term of supervised release is terminated effective immediately, and she is discharged.

DONE, this the 9th day of December, 2016.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE